IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony Scott,<br><br>    Petitioner,<br><br>v.<br><br>FCI Bennettsville, Warden Joseph,<br><br>    Respondent. | C/A No. 2:25-cv-4366-SAL<br><br><br><br>**ORDER** |

  Petitioner Anthony Scott ("Petitioner"), a federal prisoner, filed this action pursuant to 28 U.S.C. § 2241. This matter is before the court on the Report and Recommendation (the "Report") of Magistrate Judge Mary Gordon Baker, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending dismissal of Petitioner's action with prejudice for lack of prosecution and failure to comply with this court's orders. [ECF No. 16.] Attached to the Report was a notice advising Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 3. Petitioner has not filed objections, and the time for doing so has expired.

  The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

1

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case, the court finds no clear error and **ADOPTS** the Report, ECF No. 16. For the reasons discussed above and in the Report, the petition is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The pending motion to dismiss, ECF No. 8, is **TERMINATED AS MOOT** in light of this dismissal.

**IT IS SO ORDERED.**

October 17, 2025
Columbia, South Carolina

Sherri A. Lydon
United States District Judge